No. 117. FRANCE COMPANY *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John J. Kendrick* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Ellis N. Slack* for respondent.

No. 118. CHATEAUGAY ORE & IRON CO. *v.* EASTERN TRANSPORTATION CO. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Edward F. Platow* and *Leo J. Curren* for petitioner. *Mr. Robert S. Hume* for respondent.

No. 119. BYRNE MANUFACTURING CO. *v.* AMERICAN FLANGE & MANUFACTURING CO. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. George B. Pitts* and *Anthony J. Guthrie* for petitioner. *Messrs. George L. Wilkinson* and *James H. Hayes* for respondent.

No. 122. CORONA BREWING CORP. *v.* BONET, TREASURER OF PUERTO RICO. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. James R. Beverley* for petitioner. *Messrs. William Cattron Rigby* and *Nathan R. Margold* for respondent.